**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
THOMAS CANGEMI and JODI CANGEMI,
MARIANNE COLEMAN, FRANCIS J.
DEVITO and LYNN R. DEVITO, LEON
KIRCIK and ELIZABETH KIRCIK, CAROL
C. LANG and TERRY S. BIENSTOCK,
DANIEL LIVINGSTON and VICTORIA
LIVINGSTON, ROBIN RACANELLI,
JAMES E. RITTERHOFF and GALE H.
RITTERHOFF, ELSIE V. THOMPSON
TRUST, JOSH TOMITZ, and THELMA
WEINBERG, TRUSTEE OF THE THELMA
WEINBERG REVOCABLE LIVING TRUST,

                Plaintiff,

**JUDGMENT FOR COSTS**
CV 12-3989 (JS) (SIL)

   - against -

THE TOWN OF EAST HAMPTON,

                Defendant.
------------------------------------------------------------X

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on March 29, 2023: adopting as modified the December 12, 2022 Report and Recommendation of United States Magistrate Judge Steven I. Locke; sustaining Plaintiffs' objection as to the cost associated with the process server fee for Thomas Pfeifer, resulting in a $30 reduction of the Costs Taxed by the Clerk of Court on March 4, 2022; overruling the remainder of Plaintiffs' objections; and granting in part and denying in part Plaintiffs' motion to Set Aside Costs Taxed, it is

      **ORDERED AND ADJUDGED** that the December 12, 2022 Report and Recommendation of United States Magistrate Judge Steven I. Locke is adopted as modified; that Plaintiffs' objection as to the cost associated with the process server fee for Thomas Pfeifer is

sustained, resulting in a $30 reduction of the Costs Taxed by the Clerk of Court on March 4, 2022; that the remainder of Plaintiffs' objections are overruled; that Plaintiffs' motion to Set Aside Costs Taxed is granted in part and denied in part; and that Judgment is entered in favor of Defendant Town of East Hampton in the amount of $60,171.19 for the Bill of Costs.

Dated: April 3, 2023
      Central Islip, New York

                                                BRENNA B. MAHONEY
                                                CLERK OF COURT

                              By:    /s/ James J. Toritto
                                       Deputy Clerk